IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  September 17, 2014 |
| Court Reporter:      Gwen Daniel | Probation: Kyla Hamilton |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00489-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
|      Plaintiff, | |
| v. | |
| 1.  SANDRA GOMEZ, | Matthew Belcher |
|      Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:03 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Belcher

The Court addresses the Defendant's Motion for a Variant Sentence [24]

Argument by Mr. Belcher

1

Argument by Mr. Sibert

Defendant's Allocution

**ORDERED:** Defendant's Motion for a Variant Sentence [24] is GRANTED IN PART.

Defendant plead guilty to Count One of the Indictment on June 13, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Sandra Gomez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of three months, and she shall pay a Fine of $750.00 into the Crime Victims Fund.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for her time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of two years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and she shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**
    **1.    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the**

>> **defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
> 2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

**ORDERED:** **In addition to the $750.00 Fine, the defendant shall also pay the Special Assessment fee of $100.00, which is imposed, due and payable immediately. Any unpaid fine balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment shall be calculated at at least 10% of the defendant's gross monthly income.**

The defendant is advised of her right to appeal the sentence imposed and in very limited circumstances, her conviction by guilty plea.

Mr. Sibert's comments

Government's oral motion to dismiss Counts 2 and 3 of the Indictment.

**ORDERED:** **The Government's oral motion to dismiss Counts 2 and 3 of the Indictment is GRANTED. Counts 2 and 3 of the Indictment are DISMISSED.**

Discussion

The Government does not object to voluntary surrender.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is therefore,

**ORDERED that the defendant, Sandra Gomez, shall surrender at the institution designated by the Bureau of Prisons on October 22, 2014 at 12:00 noon.**

**Defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

02:50 p.m.    Court in Recess
                  Hearing concluded
                  Time: 47 minutes